JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KIRK BRIAN TURNER, | ) NO. CV 08-443 AHM (FFM) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| TERESA A. BANKS, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: February 24, 2009

*/s/ A. Howard Matz*

A. HOWARD MATZ
United States District Judge

**Make JS-6**